## UNITED STATES DISTRICT COURT FOR THE
## FEDERAL DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Sunil Sunkara | : | |
| 141 Carrier Dr | : | |
| Ponte Verda Beach, FL 32081 | : | 2:22-CV-06903 |
| | : | |
| **Plaintiff(s)** | : | |
| v. | : | |
| | : | |
| Parul J. Patel | : | |
| 1698 Capstone Drive | : | |
| Alexander City, AL 35010 | : | |
| And | : | |
| Jay Patel aka Jayeshkumar Patel | : | |
| 1698 Capstone Drive | : | |
| Alexander City, AL 35010 | : | |
| And | : | |
| EAN Holdings, LLC | : | |
| 600 Corporatew Park Dr | : | |
| Saint Louis, MO, 63105 | : | |
| **Defendants(s)** | : | |
| | : | |

## STIPULATION OF DISMISSAL

It is stipulated and agreed by the attorneys for the respective parties that the above-action and all claims included therein between Plaintiff, Sunil Sunkara, and Defendants, Parul J. Patel and Jay Patel, be dismissed, WITH PREJUDICE, and without costs to either of the parties.

**GOLDBERG, MILLER & RUBIN, P.C.**          **SIMON & SIMON, P.C.**

BY: _Keith Bursack_          BY: _Roman Galas_
**Keith Bursack , Esq.**          **Roman Galas, Esq.**
Attorney for Defendants, Parul J.          Attorney for Plaintiff,
Patel and Jay Patel          *Sunil Sunkara*

DATE: _____          DATE: __7/25/2024__

**So Ordered this 15th day of August, 2024.**
**s/ Katharine S. Hayden**
**Hon. Katharine S. Hayden, U.S.D.J.**